Frances A. Smith
State Bar No. 24033084
**Ross, Smith & Binford, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@rsbfirm.com

**COUNSEL TO ARCO DB COMPANIES, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 <br> Subchapter V |
| PRO CIV CONSTRUCTION, LLC, *et al.* | § § § § § § § | Case No. 24-31811-SGJ <br> (Jointly Administered) <br> Hearing Date: January 13, 2025 <br> Hearing Time: 2:30 p.m. |
| Debtors.[1] | | |

## ARCO DB COMPANIES, INC.'S WITNESS & EXHIBIT LIST

ARCO DB Companies, Inc. ("ARCO"), a party-in-interest of in the above-captioned jointly administered bankruptcy case (the "Bankruptcy Case"), files this its *Witness & Exhibit List* in connection with the hearings scheduled for January 13, 2025 at 2:30 pm (CT) (the "Hearings"), and respectfully states as follows:

### WITNESSES

ARCO may call the following witnesses at the Hearings:

1.  Kyle Lenamond, Debtors' Manager;

2.  Any witness listed or called by another party;

3.  Rebuttal witnesses as necessary; and

---

[1] The Debtors in these jointly chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pro NRG Services, LLC (6816), and Pro Civ Construction, LLC (6509). The Debtors' mailing address is 3010 LBJ Freeway, Suite 1230, Dallas, Texas 75232.

**ARCO DB COMPANIES, INC.'S WITNESS & EXHIBIT LIST**                                                                 **Page 1**

  4.  ARCO reserves the right to cross-examine any witness called by any other party.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| ARCO-1 | ARCO's Proof of Claim filed in Case No. 24-3811 [Claim No. 8] | | | | | | |
| ARCO-2 | ARCO's Proof of Claim filed in Case No. 24-31812 [Claim No. 4] | | | | | | |
| ARCO-3 | Copies of the pages of the website, attached as Exhibit 1A to the Motion[2] [Dkt. No. 128-2] | | | | | | |
| ARCO-4 | Copies of the pages of the website, attached as Exhibit 1B to the Motion [Dkt. No. 128-3] | | | | | | |
| ARCO-5 | Subcontract, attached as Exhibit 2 to the Motion [Dkt. No. 128-4] | | | | | | |
| ARCO-6 | Change orders, attached as Exhibit 3 to the Motion [Dkt. No. 128-5] | | | | | | |
| ARCO-7 | W-9 forms, attached as Exhibit 4 to the Motion [Dkt. No. 128-6] | | | | | | |
| ARCO-8 | Requests for Payment, attached as Exhibit 5 to the Motion [Dkt. No. 128-7] | | | | | | |
| ARCO-9 | Waivers, attached as Exhibit 6 to the Motion [Dkt. No. 128-8] | | | | | | |
| ARCO-10 | First Amended Original Petition, attached as Exhibit 7 to the Motion [Dkt. No. 128-9] | | | | | | |
| ARCO-11 | Arbitration Award, attached as Exhibit 8 to the Motion [Dkt. No. 128-10] | | | | | | |
| ARCO-12 | Certificate, attached as Exhibit 9 to the Motion [Dkt. No. 128-11] | | | | | | |
| ARCO-13 | First pages to Transaction Reports, attached as Exhibit 10 to the Motion [Dkt No. 128-12] | | | | | | |
| | Any document or pleading filed in the above-captioned bankruptcy case | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |

---

[2] *ARCO DB Companies, Inc.'s Motion for Substantive Consolidation of Debtors' Estates* (the "Motion").

**ARCO DB COMPANIES, INC.'S WITNESS & EXHIBIT LIST**    **Page 2**

| | Any exhibit identified or offered by any other party | | | | | |

## RESERVATION OF RIGHTS

ARCO reserves the right to call or introduce one or more, or none, of these witnesses and exhibits listed above, and further reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearings.

Dated: January 10, 2025   By:   /s/ *Frances A. Smith*
Frances A. Smith (State Bar No. 24033084)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone:  214-377-7879
Fax:  214-377-9409
Email: Frances.smith@rsbfirm.com

**COUNSEL TO ARCO DB COMPANIES**

## CERTIFICATE OF SERVICE

I certify that on January 10, 2025, I caused to be served the foregoing document via the Court's electronic filing system (with exhibits) and/or U.S. mail (without exhibits) upon the parties listed in the attached Master Service List as indicated.

/s/ *Frances A. Smith*
Frances A. Smith

## Master Service List
## PRO CIV CONSTRUCTION, LLC, *et al.*
## Case No. 24-31811

**Debtors:**
Pro NRG Services, LLC
5827 Clendenin Ave.
Dallas, Texas 75228
**Notice via U.S. Mail**

Pro Civ Construction, LLC
5827 Clendenin Ave.
Dallas, Texas 75228
**Notice via U.S. mail**

**Debtor's Counsel:**
Eric Haitz
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St
Suite 1000
Fort Worth, Texas 76102
(817) 454 8792
Email: eric.haitz@bondsellis.com
**Notice via ECF**

**US Trustee:**
Meredyth A. Kippes
1100 Commerce Street, Room 976
Dallas, Texas 75202
Phone: (214) 767 8967
Email: meredyth.kippes@usdoj.gov
**Notice via ECF**

**Subchapter V Trustee:**
Katharine B. Clark -SBRA V
Thompson Coburn LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
Phone: (972) 629-7100
Email: kclark@thompsoncoburn.com
**Notice via ECF**

JD & Son Trucking Enterprises, LLC
18170 Dallas PWY #501
Dallas, TX 75287
**Notice via U.S. mail**

**Top 20 Unsecured Creditors:**
3Paz Trucking, LLC
2300 Valley View Ln
Suite #612
Irving, TX 75062
**Notice via U.S. mail**

Advantage Equipment
15850 Highway 377
Fort Worth, TX 76126
**Notice via U.S. mail**

Ash Grove Cement Company
PO Box 204069
Dallas, TX 75320-4069
**Notice via U.S. mail**

B&R Equipment
PO Box 2707
Keller, TX 76244
**Notice via U.S. mail**

Caterpillar Finance
PO Box 735638
Dallas, TX 75373-5638
**Served via U.S. mail**

Hewitt Farm Supply
PO Box 1152
Gilmer, TX 75644
**Notice via U.S. mail**

HSM Edifice Construction Services
403 A/B, Subhashish Square
Plot no 57
Madhav Nagar, Nagpur 440010
**Notice via U.S. mail**

Iron Smart Machinery LLC
3737 Lamar Ave., Ste 700
Paris, TX 75460
**Notice via U.S. mail**

Kirby Smith
PO Box 270360
Oklahoma City, OK  73137
**Notice via U.S. mail**

Longview Truck Center
3132 TX-31
Longview, TX 75603
**Notice via U.S. mail**

Martin Marietta Materials
PO Box 677061
Dallas, TX 75267-7061
**Notice via U.S. mail**

Mica Enterprises, LLC
PO Box 131
Carthage, TX 75633
**Notice via U.S. mail**

ML3 Solutions
PO Box 31
Krum, TX 76249
**Notice via U.S. mail**

Power Plan
8402 Excelsior Drive
PO Box 5328
Madison, WI 53705-0328
**Notice via U.S. mail**

RDO Equipment Co.
PO Box 7160
3230 East Airport Freeway
Irving, TX 75062
**Notice via U.S. mail**

Roadstar Management, LLC
5326 W. Ledbetter Dr.
Dallas, TX 75236
**Notice via U.S. mail**

Sunbelt Rentals, Inc
PO Box 409211
Atlanta, GA 30384-9211
**Notice via U.S. mail**

Tarango Trucking, LLC
PO Box 177786
Irving, TX 75017-7786
**Notice via U.S. mail**

U.S. Lime Company
P.O. Box 201752
Dallas, TX 75320-1752
**Notice via U.S. mail**

*Governmental Agencies:*
Internal Revenue Service
Special Procedures – Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346
**Notice via U.S. mail**

Office of the Attorney General
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Notice via U.S. mail**

Texas Workforce Commission
TEC Building-Bankruptcy
101 East 15th Street
Austin, TX 78778
**Notice via U.S. mail**

U.S. Attorney's Office
Northern District of Texas
Attn: Civil Process Clerk
1100 Commerce St., Third Floor
Dallas, TX 752242
**Notice via U.S. mail**

**Noticed Parties:**

Rusk County
c/o John Kendrick Turner
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, Texas 75207
(214) 880-0089
(469) 221-5003
Email: dallas.bankruptcy@lgbs.com
**Notice via ECF**

Flash Funding, LLC
c/o Kutak Rock LLP
Attn: Brian J. Wagner, Esq.
5 Park Plaza, Suite 1500
Irvine, CA 92614
Telephone: (949) 417-0999
Email: brian.wagner@kutakrock.com
**Notice via ECF**

Flash Funding, LLC
c/o Kutak Rock LLP
Attn: Jeremy S. Williams, Esq.
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Email: jeremy.williams@kutakrock.com
**Notice via ECF**

United States Lime and Minerals, Inc.
c/o Kevin Wiley, Jr.
Hicks Law Group PLLC
325 N. St. Paul St.
Dallas, Texas 75201
(469) 619-5721
(469) 619-5725
Email: KWiley@HicksLawGroup.com
**Notice via ECF**

Verabank, N.A.
c/o Douglas A. Ritcheson
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
(903) 535-2900
(903) 533-8646
**Notice via ECF**

Union Leasing, Inc.
d/b/a Express 4x4 Truck Rental
c/o Padfield & Stout, LLP
Attn: Christopher V. Arisco
  Jessica N. Alt
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 338-1616
Facsimile: (817) 338-1610
Email: carisco@padfieldstout.com
Email: jalt@padfieldstout.com
**Notice via ECF**

CIMA General Contractors, Inc.
c/o Padfield & Stout, LLP
Attn: Christopher V. Arisco
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616 Telephone
(817) 338-1610 Facsimile
Email: carisco@padfieldstout.com
**Notice via ECF**

Comptroller of Public Accounts,
Revenue Accounting Division
c/o John Mark Stern
Assistant Attorney General
bk-jstern@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
**Notice via ECF**

U.S. Bank Equipment Finance
c/o Padfield & Stout, LLP
Attn: Christopher V. Arisco
 Jessica N. Alt
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616 Telephone
(817) 338-1610 Facsimile
Email: carisco@padfieldstout.com
Email: jalt@padfieldstout.com
**Served via ECF**